ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| BES Construction, LLC | ) ASBCA No. 62726 |
| | ) |
| Under Contract No. FA4418-13-C-0005 | ) |

APPEARANCE FOR THE APPELLANT:    Todd A. Jones, Esq.
    Counsel

APPEARANCES FOR THE GOVERNMENT:  Jeffrey P. Hildebrant, Esq.
    Air Force Deputy Chief Trial Attorney
    Lawrence M. Anderson, Esq.
    Rebecca Tatum, Esq.
    Trial Attorneys

ORDER OF DISMISSAL

The appeal has been withdrawn. Accordingly, it is dismissed from the Board's docket with prejudice.

Dated: May 27, 2021

TIMOTHY P. MCILMAIL
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 62726, Appeal of BES Construction, LLC, rendered in conformance with the Board's Charter.

Dated: May 28, 2021

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals